IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01793-WYD-KLM

MELODY RAMSEY,

      Plaintiff,

v.

R. JAMES NICHOLSON, Secretary of Veteran Affairs,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court pursuant to Defendant's Motion to Vacate Scheduling/Planning Conference and Stay Discovery [Docket No. 7, Filed October 18, 2007].

      IT IS HEREBY **ORDERED** that the motion is **DENIED**.  The parties **shall** appear in person, or by their representative, at the Scheduling Conference set for October 31, 2007, at 9:30 a.m., and **shall** tender a form of a proposed Scheduling Order to the Court no later than **October 29, 2007**.  Any party who fails to prepare, or to assist in the preparation of, a proposed Scheduling Order or who fails to appear for the Scheduling Conference shall be subject to the imposition of sanctions by the Court.

      DATED: October 22, 2007