IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01793-WYD-KLM

MELODY RAMSEY,

    Plaintiff,

v.

GORDON H. MANSFIELD, Secretary of Veteran Affairs,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Unopposed Revised Motion for Leave to File Disclosures One Business Day out of Time [Docket No. 16, Filed November 23, 2007] ("Plaintiff's motion"). Pursuant to the Scheduling Order entered in this case on October 31, 2007 [Docket No. 12], Plaintiff's Fed. R. Civ. P. 26(a)(1) disclosures were due on or before November 21, 2007. Although it is not entirely clear from Plaintiff's motion, it appears she seeks leave to submit her disclosures to Defendant no later than November 23, 2007.

    IT IS HEREBY **ORDERED** that Plaintiff's motion is **GRANTED**.

    DATED: November 26, 2007