IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01793-WYD-KLM

MELODY RAMSEY,

    Plaintiff,

v.

GORDON H. MANSFIELD, Secretary of Veteran Affairs,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Unopposed Motion of Service and Her Certificates of Mailing [Docket No. 24; Filed December 3, 2007] ("Plaintiff's motion").

    IT IS HEREBY **ORDERED** that Plaintiff's motion is **DENIED as moot**. Although not entirely clear, Plaintiff seeks to re-serve and amend certificates of service accompanying three documents she attempted unsuccessfully to serve upon Defendant. Two of the three documents were not required to be filed on the Court's docket, i.e., Plaintiff's Settlement Statement and Plaintiff's Rule 26 disclosures. The third document, Plaintiff's Motion No. 16, was filed with the Court, and Defendant received a copy via the Court's electronic filing system. The Court takes judicial notice that Plaintiff has now certified that all three documents have been served on Defendant.

    Plaintiff is directed to the requirements of D.C. Colo. L. Civ. R. 5.1, 7.1A, and 7.1H regarding the filing of future motions.

    DATED: December 7, 2007