IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01793-WYD-KMT

MELODY RAMSEY,

    Plaintiff,

v.

GORDON H. MANSFIELD,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


Defendant's "Motion to Stay Discovery Pending Ruling on Motion to Dismiss" (#35, filed February 15, 2008) is GRANTED. All discovery in this case is stayed until the court rules on the Defendant's Motion to Dismiss (#13, filed November 19, 2007).

Dated: February 20, 2008