IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01793-WYD-KMT

MELODY RAMSEY,

      Plaintiff,

v.

GORDON H. MANSFIELD,

      Defendant.

---

**ORDER**

---

This matter is before the Court on Plaintiff's Motion for Stay of Execution of

Judgment (filed October 6, 2008).  A response was filed on October 14, 2008.  For the

reasons stated below, Plaintiff's motion is denied.

Denial of a motion for stay of execution of judgment under FED. R. CIV. P. 62 is

proper when a motion for relief from judgment has already been denied, as in this case.

*See Point PCS, LLC v. Sea Haven Realty and Constr.,* 95 Fed. Appx. 24, 28 (4th Cir.

2004).  In other words, a Rule 62(b) motion is moot when a court has already ruled on a

motion for relief from judgment.  *See Castille v. Pomroy*, 25 F.3d 1044, 1994 WL

261219, at *2 (5th Cir. 1994); *see also In re Zapata Gulf Marine Corp.,* 941 F.2d 293,

295 (5th Cir. 1991) (holding that stay of execution of judgment is proper while motion for

relief from judgment is pending, but that Rule 62(b) gives courts "no authority" to stay

execution of judgment once the motion for relief has been ruled upon).  Thus, under the

above case law as well as the plain language of Rule 62(b) (allowing for stay of

execution of a judgment pending disposition of motions filed under Rules 50, 52(b), 59 or 60), there is no basis for granting Plaintiff's motion.

Further, granting Plaintiff's motion would have no effect. The dismissal of Plaintiff's case has not changed and will not alter Plaintiff's situation. Defendant seeks no execution of any action from Plaintiff through the dismissal of her case or through the judgment that has already been entered. Accordingly, it is

ORDERED that Plaintiff's Motion for Stay of Execution of Judgment (filed October 6, 2008) is **DENIED**.

Dated:  October 28, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge