IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01793-WYD-KMT

MELODY RAMSEY,

    Plaintiff,

v.

GORDON H. MANSFIELD, Secretary of Veterans Affairs,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Leave to File a Reply and to File It 3 Days out of Time (filed October 30, 2008) is **DENIED AS MOOT** in light of the Order of October 28, 2008, denying Plaintiff's Motion for Stay of Execution of Judgment. Pursuant to D.C.COLO.LCivR 7.1(C), the Court may rule on a motion at any time after it is filed and does not need to wait for a reply to be filed.

    Dated: October 30, 2008